IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:22-CR-3110 |
| vs. | ORDER |
| ERIC ALDEN LOVELL, | |
| Defendant. | |

This matter is before the Court on the plaintiff's motion to dismiss (filing 13). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the information.

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss (filing 13) is granted.

2. The information is dismissed without prejudice.

Dated this 6th day of December, 2022.

BY THE COURT:

_____
John M. Gerrard
United States District Judge